IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN GUBBELS and INSURE MY HONEY, INC., | |
| Plaintiffs, | 4:20CV3060 |
| vs. | MOTION TO RESTRICT ACCESS |
| SONNY PERDUE, *et al.*, | |
| Defendants. | |

Defendants move the Court, pursuant to NECivR 5.3(c), for an order restricting access under the E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899 (Dec. 17, 2002) (codified at 5 U.S.C. § 3701-3707) to: (1) Defendants' Brief in Support of its Motion to Dismiss and Motion for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Preliminary Injunction; and (2) Defendants' Index of Evidentiary Materials.

Defendants request their brief and index be restricted to the Court and attorneys of record because the documents contain sensitive information relevant to Defendants ongoing matters relevant to the issues raised in this lawsuit. Redaction of such material would not adequately protect the privacy interests of the parties. Caleb Kruckenberg, counsel for Plaintiffs, indicated that he has no objection to the filing of Defendants' brief and index as restricted documents.

2

SONNY PERDUE, *et al.*, Defendants

JOSEPH P. KELLY
United States Attorney
District of Nebraska


By: s/ Timothy R. Hook
TIMOTHY R. HOOK, #24529
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 661-3081
E-mail: tim.hook@usdoj.gov

2